UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. INTEGRATED CONSTRUCTION ENTERPRISES INC.,<br>Plaintiffs,<br>-against-<br>SCHINDLER ELEVATOR CORPORATION,<br>Respondent. | Case No. 1:24-cv-02842 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 8, 2026 Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 8. On May 11, 2026 and July 9, 2026, the Court notified Plaintiff that its filing was deficient and requested the documents be re-filed. Plaintiff shall correctly re-file the notice of voluntary dismissal by **August 24, 2026**.

Dated: August 12, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge